

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00347-CV

Angel C. **GONZALES**,
Appellant

v.

**FREEDOM MORTGAGE CORPORATION**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-18120
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: July 1, 2026

DISMISSED FOR LACK OF JURISDICTION

On April 28, 2026, appellant filed a notice of restricted appeal indicating that he wished to appeal from a "final judgment/order of dismissal signed on: January 28, 2026." The clerk's record, which was filed in this court on June 12, 2026, does not contain any judgments or orders signed by the trial court. In response to an inquiry from this court, the Bexar County District Clerk's Office confirmed that the trial court did not sign any judgments or orders on January 28, 2026.

Our appellate jurisdiction is limited to appeals from written, signed final judgments and appealable interlocutory orders. *See, e.g.*, *Sammour v. Fed. Gov't*, No. 02-20-00268-CV, 2020 WL 6601596, at *1 (Tex. App.—Fort Worth Nov. 12, 2020, no pet.) (per curiam) (mem. op.). Because it appeared that no appealable judgment or order had been signed in the underlying case, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.

On June 24, 2026, appellant filed the response required by our order. The response represented that the order appellant intended to challenge "was entered in proceedings pending before the United States District Court for the Western District of Texas[.]" Because we lack authority to review an order of a federal court, we dismiss this appeal for lack of jurisdiction.

PER CURIAM